IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. B-08-695 |
| | § | |
| JOSE FERNANDO LOPEZ-QUEVEDO; | § | |
| aka JUAN JOSE GUZMAN; aka JOSE | | |
| FRANCISCO LOPEZ-QUEVEDO | | |

### ORDER

BE IT REMEMBERED on this 20th day of October, 2008, the Court reviewed the file in the above-captioned matter and specifically the Report and Recommendation of the United States Magistrate Judge filed July 15, 2008, wherein the defendant Jose Fernando Lopez-Quevedo waived appearance before this Court and appeared before the United States Magistrate Judge Felix Recio for the taking of a felony guilty plea and Federal Rule of Criminal Procedure Rule 11 Allocution. The magistrate judge recommends that the plea of guilty be accepted by the undersigned, and noting no opposition by defendant Jose Fernando Lopez-Quevedo to the Report and Recommendation, the Court enters the following order:

IT IS ORDERED that the Report and Recommendation of the United States Magistrate Judge be and is hereby adopted. The Court finds the Defendant Jose Fernando Lopez-Quevedo guilty of the offense of alien unlawfully found in the United States after deportation, in violation of 8 U.S.C. § 1326(a).

Signed this 20th day of October, 2008.

_____
Andrew S. Hanen
United States District Judge